HARLEM SAVINGS BANK, Respondent, *v.* ELIZABETH H. LARKIN, Appellant, Impleaded with Others.

*Harlem Savings Bank* v. *Larkin,* 156 App. Div. 666, appeal dismissed.

(Submitted October 20, 1913; decided October 28, 1913.)

MOTION to dismiss an appeal from a judgment entered June 19, 1913, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and directed judgment for plaintiff in an action of partition.

The motion was made on the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Edward S. Clinch* for motion.

*Isaac N. Miller* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.